# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UGI SUNBURY, LLC,<br><br>    Plaintiff.<br><br>    v.<br><br>A PERMANENT EASEMENT FOR 0.1251 ACRES IN MONROE TOWNSHIP, SNYDER COUNTY, PENNSYLVANIA TAX PARCEL NO. 12-08-020,<br><br>JUDYTH E. SPORAR,<br><br>MARVIN C. SHADEL,<br><br>LORETTA K. SHADEL,<br><br>and ALL UNKNOWN OWNERS,<br><br>    Defendants. | No. 3:16-CV-00803<br><br>(Judge Brann) |

## ORDER

### APRIL 24, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Exclude Defendant's Expert Report and Witness, ECF No. 55, is **DENIED**.

2. Defendant's Motion to Exclude Plaintiff's Expert Witness, ECF No. 59, is **DENIED**.

3. Defendant's Motion to Exclude Plaintiff's Lay Witnesses and Evidence, ECF No. 61, is **DENIED**.

4. Resolution of Defendant's Motion to Apply State Law, ECF No. 57, is **STAYED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge